JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 25-3280 JGB (SPx) | Date | August 12, 2025 |
|---|---|---|---|
| Title | *Allen Hammler v. George Gascon et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On April 14, 2025, pro se Plaintiff Allen Hammler ("Hammler") filed a complaint against Defendant George Gascon. ("Complaint," Dkt. No. 1.) A month later, Hammler filed a request to proceed in forma pauperis. ("IFP Request," Dkt. No. 4.) On June 30, 2025, the Court found that Hammler, a prisoner, had accumulated three strikes, his complaint did not fall under the imminent danger exception, and so he could not proceed in forma pauperis. ("IFP Order," Dkt. No. 5.) The IFP Order warned Hammler that failure to timely pay the filing fee would result in dismissal without prejudice of his Complaint. (Id.)

As of the date of this Order, Hammler has not paid the filing fee. Accordingly, the Court **DISMISSES** the Complaint. The Clerk is ordered to close the case.

**IT IS SO ORDERED.**